

# Supreme Court of Missouri

### en banc

March 11, 2009

| | |
|---|---|
| In re: Karl W. Dickhaus, | ) |
| | ) |
| Respondent. | ) Supreme Court No. SC89990 |
| | ) MBE # 47951 |

### ORDER

The Chief Disciplinary Counsel having filed an information advising this Court of its findings, after investigation, that there is probable cause to believe Respondent, Karl W. Dickhaus, is guilty of professional misconduct and having filed with said information, pursuant to Rule 5.13, a notice of default, notifying the Court that Respondent, Karl W. Dickhaus, failed to timely file an answer or other response within the time required although Respondent was served pursuant to the provisions of Rule 5.18 and Rule 5.11 and, therefore, pursuant to Rule 5.13, Respondent is in default; and

It appearing Respondent is guilty of professional misconduct and should be disciplined;

Now, therefore, it is ordered by the Court that the said Karl W. Dickhaus be, and he is hereby disbarred, that his right and license to practice law in the State of Missouri is canceled and that his name be stricken from the roll of attorneys in this State.

It is further ordered that the said Karl W. Dickhaus comply in all respects with Rule 5.27 - Notification of Clients and Counsel.

A fee of $2,000.00 pursuant to Rule 5.19(h) assessed against Respondent payable to the Clerk of this Court for the benefit of the Advisory Committee Fund.

Costs taxed to Respondent.

Day - to - Day

*Laura Denvir Stith*
Laura Denvir Stith
Chief Justice

STATE OF MISSOURI – SCT.:

    *I, THOMAS F. SIMON, Clerk of the Supreme Court of Missouri, do hereby certify that the foregoing is a true copy of the order of said court, entered on the 11th day of March, 2009, as fully as the same appears of record in my office.*

    IN TESTIMONY WHEREOF, *I have hereunto set my hand and affixed the seal of said*

*Supreme Court. Done at office in the City of Jefferson, State aforesaid, this*

*11th day of March, 2009.*

_____, Clerk

_____, D.C.

# OFFICE OF THE
# CHIEF DISCIPLINARY COUNSEL
3335 AMERICAN AVENUE
JEFFERSON CITY, MO 65109-1079
(573) 635-7400   FAX (573) 635-2240

*SUPREME COURT OF MISSOURI*

July 2, 2009

In Re:   Karl W. Dickhaus
         MO Bar #47951
         P. O. Box 252
         Chesterfield, MO  63006-0242

Enclosed Order of the Missouri Supreme Court dated March 11, 2009.  The effective date of this order is March 26, 2009.

Office of Chief Disciplinary Counsel
3335 American Avenue
Jefferson City, MO 65109

PERSONAL & CONFIDENTIAL

**RECEIVED BY MAIL**
JUL 06 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

MR JAMES G WOODWARD
CLERK US DISTRICT COURT
ATTN: LORI MILLER-TAYLOR
111 S 10TH ST
ST LOUIS, MO 63102



63102+1125