IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF: )
)
)
) CAUSE NUMBER 4:08 MC 465 CDP
KARL W. DICKHAUS )
)

## ORDER

This Court has been advised by receipt of a certified copy of the March 11, 2009 order of the Supreme Court of Missouri, entered in **In re: Karl W. Dickhaus**, Cause No. 89990, indicating that Karl W. Dickhaus has been disbarred from the practice of law by the Supreme Court of Missouri.

Karl W. Dickhaus has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued an Order dated July 7, 2009 directing Karl W. Dickhaus to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was personally served on August 28, 2009. No response has been filed by Mr. Dickhaus. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on Karl W. Dickhaus pursuant to local rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Karl W. Dickhaus be disbarred and that his name be stricken from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 30th day of October, 2009.

**BY THE COURT:**

_____
Chief Judge Catherine D. Perry

_____
Judge Jean C. Hamilton

_____
Judge Carol E. Jackson

_____
Judge Charles A. Shaw

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey

_____
Judge Stephen N. Limbaugh, Jr.

_____
Senior Judge Donald J. Stohr

_____
Senior Judge E. Richard Webber